LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
23RD FLOOR
NEW YORK, NEW YORK 10038-5077
www.LevittandKaizer.com

RICHARD WARE LEVITT*
rlevitt@landklaw.com
NICHOLAS G. KAIZER*
nkaizer@landklaw.com

EMILY GOLUB
  of counsel
emilygolublaw@gmail.com

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

* ADMITTED IN N.Y., FLA., AND D.C.

July 2, 2018

Hon. William F. Kuntz
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    USA v. Khusanov, 17-CR-00475(WFK)

Dear Judge Kuntz:

    Pursuant to the Court's order of June 30, 2018, the undersigned, on behalf of Mr. Khusanov, has conferred with the Government and we have agreed that the undersigned will file papers in opposition to the government's proposed Protective Order tomorrow, July 3, 2018, and the government will file reply papers by next Tuesday, July 10, 2018.

                Respectfully,

                Richard Levitt

cc:    AUSA David Kessler (by ECF)