

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP
F. #2014R01413

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 27, 2018

By ECF

Richard Levitt
Levitt & Kaizer
40 Fulton Street, 23rd Floor
New York, New York 10038

      Re:    United States v. Dilshod Khusanov
                Criminal Docket No. 17-475 (WFK)

Dear Mr. Levitt:

      The government writes to memorialize its production of classified information, which the government has today provided to the Court Information Security Officer. These materials are being provided pursuant to the Protective Order Regarding Classified Information, which was approved by the Court's July 25, 2018 Decision and Order, and the Memorandum of Understanding signed by defense counsel on July 25, 2018.

      Very truly yours,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/ Douglas M. Pravda
      Douglas M. Pravda
      Alexander A. Solomon
      David K. Kessler
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of the Court (WFK) (by ECF)