

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP
F. #2014R01413

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 16, 2018

<u>By Federal Express and ECF</u>

Richard Levitt, Esq.
Levitt & Kaizer
40 Fulton Street, 23rd Floor
New York, New York 10038

   Re: <u>United States v. Dilshod Khusanov</u>
      <u>Criminal Docket No. 17-475 (WFK)</u>

Dear Mr. Levitt:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes supplemental discovery in the above-referenced matter, which is being provided pursuant to the Stipulation and Order dated January 10, 2018. This disclosure supplements the government's prior production of unclassified discovery under cover of letter dated January 10, 2018 and prior production of classified discovery under cover of letter dated July 27, 2018.

  The government renews its request for reciprocal discovery from the defendant.

  On the flash drive previously provided by the defendant, the government hereby discloses the following materials:

- A forensic report and forensic image of an Apple iPhone 6 seized from the defendant, contained in an electronic folder bearing Bates number KHUSANOV 000001;

- Documents reflecting communications, including telephone calls and text messages, by the defendant, bearing Bates numbers KHUSANOV 000002 – KHUSANOV 000454;

- Documents reflecting Internet browsing history by the defendant, bearing Bates numbers KHUSANOV 000455 – KHUSANOV 000676; and

- Documents reflecting electronic mail communications by the defendant, bearing Bates numbers KHUSANOV 000677 – KHUSANOV 000715.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Douglas M. Pravda
Douglas M. Pravda
Alexander A. Solomon
David K. Kessler
Assistant U.S. Attorneys
(718) 254-7000

Enclosures (KHUSANOV 000001 – KHUSANOV 000715)

cc:   Clerk of the Court (WFK) (by ECF) (without enclosures)