

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

DMP
F. #2014R01413

*271 Cadman Plaza East
Brooklyn, New York 11201*

March 26, 2019

<u>By Federal Express and ECF</u>

Richard Levitt, Esq.
Levitt & Kaizer
40 Fulton Street, 23rd Floor
New York, New York 10038

Deborah Colson, Esq.
Colson Law PLLC
80 Broad Street, 19th Floor
New York, New York 10004

Re:  United States v. Dilshod Khusanov
      <u>Criminal Docket No. 17-475 (WFK)</u>

Dear Mr. Levitt and Ms. Colson:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes supplemental discovery in the above-referenced matter, which is being provided pursuant to the Stipulation and Order dated January 10, 2018.  This disclosure supplements the government's prior productions of unclassified discovery under cover of letters dated January 10, November 16 and December 17, 2018 and February 14, 2019 and prior productions of classified discovery under cover of letters dated July 27 and November 28, 2018.  The government renews its request for reciprocal discovery from the defendant, including disclosure pursuant to Fed. R. Crim. P. 16(b)(1)(C)(i).

The government hereby discloses the following materials:

- Documents reflecting communications, including telephone calls and text messages, by the defendant, bearing Bates numbers KHUSANOV 001660 – KHUSANOV 001731;

- Records related to the defendant from Bank of America, bearing Bates numbers KHUSANOV 001732 - KHUSANOV 001924;

- A log and recordings of telephone calls by the defendant between August 31, 2017 and January 24, 2018, while the defendant was in the custody of the Federal Bureau of Prisons, bearing Bates numbers KHUSANOV 001925 - KHUSANOV 001933;

- Affidavits submitted in support of warrants, and warrants, to search and seize (1) historical and prospective cell-site information of the defendant, (2) the defendant's residence, and (3) an Apple iPhone 6 cellular phone belonging to the defendant, bearing Bates numbers KHUSANOV 001934 - KHUSANOV 002028;[1]

- The defendant's written consent to search an HP laptop computer on or about July 15, 2016, bearing Bates numbers KHUSANOV 002029 – KHUSANOV 002030;

- Reports documenting the defendant's arrest on or about August 31, 2017, the defendant's verbal and written consent to search an Apple iPhone 7 in his possession at the time of his arrest, and a consent search of the defendant's residence pursuant to the consent of Aziza Erkinova, bearing Bates numbers KHUSANOV 002031 – KHUSANOV 002037;

- A CD, bearing Bates number KHUSANOV 002038, containing relevant portions of an HP laptop computer seized from the defendant on or about July 15, 2016 pursuant to the defendant's consent. In order to access the relevant contents of the laptop, please click on the file named "README-0285.htm," which contains an explanation of how to navigate the contents of the CD and provides links to launch the applications necessary to review the content;

- A blu-ray disc, bearing Bates number KHUSANOV 002039, containing forensic reports of an Apple iPhone 6 seized from the defendant on or about July 15, 2016 pursuant to a search warrant. This production of forensic reports supplements the government's prior production of a forensic report concerning this cellular telephone that was previously produced on November 16, 2018. The forensic reports may be accessed by opening the file named "main0425.html," which leads to a page that contains links to three forensic reports;

- A blu-ray disc, bearing Bates number KHUSANOV 002040, containing a forensic report of an Apple iPhone 7 seized from the defendant on or about August 31, 2017 pursuant to the defendant's consent. The forensic report may be accessed by opening the folder titled "Report_2017-08-31.12-23-35", then the folder titled "AppleDevice_AdvancedLogical" and clicking on the file titled "Khusanov Report.pdf"; and

---

[1] Please note that one affidavit has been produced in redacted form. The redactions cover premises not associated with the defendant.

2

- Surveillance photographs taken on or about July 17, 2015 in the vicinity of 1623 South Michigan Avenue, Villa Park, Illinois (KHUSANOV 002041 – KHUSANOV 002046); on or about September 24, 2015 in the vicinity of 1623 South Michigan Avenue, Villa Park, Illinois (KHUSANOV 002047 – KHUSANOV 002048); on or about September 25, 2015 in the vicinity of 710 Legends Drive, Carol Stream, Illinois (KHUSANOV 002049); and on or about May 23, 2017 in the vicinity of 1S274 Ingersoll Lane, Villa Park, Illinois (KHUSANOV 002050).

In addition, the government writes to memorialize its supplemental production of classified information on March 13, 2019, which the government provided to the Court Information Security Officer. This supplemental production of classified discovery is provided pursuant to the Protective Order Regarding Classified Information, which was approved by the Court's July 25, 2018 Decision and Order, and the Memorandum of Understanding signed by defense counsel on July 25, 2018 and November 30, 2018.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Douglas M. Pravda
Douglas M. Pravda
Alexander A. Solomon
David K. Kessler
Assistant U.S. Attorneys
(718) 254-7000

Enclosures (KHUSANOV 001660 – KHUSANOV 002050)

cc:   Clerk of the Court (WFK) (by ECF) (without enclosures)