

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMP
F. #2014R01413

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 29, 2019

<u>By ECF and Electronic Mail</u>

Richard Levitt, Esq.
Levitt & Kaizer
40 Fulton Street, 23rd Floor
New York, New York 10038

Deborah Colson, Esq.
Colson Law PLLC
80 Broad Street, 19th Floor
New York, New York 10004

Re: <u>United States v. Dilshod Khusanov</u>
<u>Criminal Docket No. 17-475 (WFK)</u>

Dear Mr. Levitt and Ms. Colson:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes supplemental discovery in the above-referenced matter, which is being provided pursuant to the Stipulation and Order dated January 10, 2018. This disclosure supplements the government's prior productions of unclassified discovery under cover of letters dated January 10, November 16 and December 17, 2018 and February 14 and March 26, 2019 and prior productions of classified discovery under cover of letters dated July 27 and November 28, 2018 and March 26, 2019. The government renews its request for reciprocal discovery from the defendant, including disclosure pursuant to Fed. R. Crim. P. 16(b)(1)(C)(i).

The government hereby discloses a photograph log and photographs that were taken on or about August 31, 2017, at 1S274 Ingersoll Lane, Villa Park, Illinois, bearing Bates numbers KHUSANOV 002051 through KHUSANOV 002068.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:  /s/ Douglas M. Pravda
     Douglas M. Pravda
     Alexander A. Solomon
     David K. Kessler
     Assistant U.S. Attorneys
     (718) 254-7000

Enclosures (KHUSANOV 002051 – KHUSANOV 002068)

cc:    Clerk of the Court (WFK) (by ECF) (without enclosures)