```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-                              17 Cr. 00475(WFK)

DILSHOD KHUSANOV,

                Defendant.

-------------------------------------------------------------X
```

### DECLARATION OF RICHARD LEVITT IN SUPPORT OF DILSHOD KHUSANOV'S PRETRIAL MOTIONS

Richard W. Levitt, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. I, along with Deborah Colson, Esq., represent Defendant Dilshod Khusanov in the above-captioned matter.

2. I submit this Declaration in Support of Mr. Khusanov's accompanying pretrial motions and declare that all statements of fact in the accompanying Memorandum of Law are true to the best of my knowledge and information.

3. The following Exhibits annexed to the accompanying Memorandum of Law are incorporated herein:

   A. Defense Memorandum of FISA intercepts – being seperately provided to the Court for in camera review, but previously provided to government "wall" counsel;

   B. December 14, 2018 discovery letter to government;

   C. May 1, 2019 discovery letter to government; and

   D. Scheduling order, *U.S. v. Grant*, 18-cr-179 (WJM) (DNJ).

1

4.     Pursuant to Local Criminal Rule 16.1, I have conferred with counsel for the government concerning discovery issues raised in defendant's pretrial motions in good faith efforts to resolve those issues without intervention of the Court.

Dated: October 18, 2019
      New York, NY                                  Respectfully submitted,

                                                   _____
                                                   Richard Levitt, Esq.
                                                   Levitt & Kaizer
                                                   rlevitt@landklaw.com
                                                   40 Fulton Street, 23rd Floor
                                                   New York, N.Y. 10038
                                                   Tel. 212 480-4000
                                                   rlevitt@landklaw.com

                                                   *Counsel for Defendant*
                                                   *Dilshod Khusanov*