Exhibit A –

Memorandum of FISA intercepts, to be separately
transmitted to Court by government "wall"
counsel for in camera review