

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP:DKK/JMH/JEA
F. #2014R01413

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 4, 2020

<u>By Email and ECF</u>

Richard Levitt, Esq.
Levitt & Kaizer
40 Fulton Street, 23rd Floor
New York, New York 10038

Deborah Colson, Esq.
Colson Law PLLC
80 Broad Street, 19th Floor
New York, New York 10004

    Re:    United States v. Dilshod Khusanov
             <u>Criminal Docket No. 17-475 (WFK)</u>

Dear Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes supplemental discovery in the above-referenced matter, which is being provided pursuant to the Stipulation and Order dated January 10, 2018. <u>See</u> ECF No. 21. This disclosure supplements the government's prior productions of unclassified discovery. The government renews its request for reciprocal discovery from the defendant, including disclosure pursuant to Fed. R. Crim. P. 16(b)(1)(C)(i).

        The discovery produced today consists of:

- A sworn affidavit dated August 28, 2020, applying for a search warrant for two Google accounts associated with the defendant, bearing Bates numbers KHUSANOV-002167 through KHUSANOV-002196;

- A search warrant issued on August 28, 2020, based upon the above-referenced affidavit, bearing Bates numbers KHUSANOV-002197 through KHUSANOV-002205 ("the Warrant");

- Google's cover letter accompanying its response to the Warrant, dated October 30, 2020, bearing Bates numbers KHUSANOV-002206 through KHUSANOV-002218; and

- Google's response to the Warrant, provided to the government on October 30, 2020, within a ZIP folder bearing Bates number KHUSANOV-002219.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

> Very truly yours,
>
> SETH D. DuCHARME
> Acting United States Attorney
>
> By:  /s/ J. Matthew Haggans
> Douglas M. Pravda
> David K. Kessler
> J. Matthew Haggans
> Jonathan Algor
> Assistant U.S. Attorneys
> (718) 254-7000

Enclosures (by Email)

cc:   Clerk of the Court (WFK) (by ECF) (without enclosures)