

Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004
(212) 257-6455
www.colsonlaw.com

December 17, 2020

By ECF

Honorable William F. Kuntz
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re:   *United States v. Dilshod Khuanov*, 17 Cr. 475 (WFK)

Dear Judge Kuntz:

We write to advise the Court that Mr. Khusanov contracted COVID-19 at the MDC in late November 2020 and has suffered a long, serious illness with multiple symptoms, including body pains, headaches, and sinus congestion. During a legal call this morning, Mr. Khusanov reported that his symptoms have abated in recent days but that he continues to experience sinus pain. We do not know whether he will suffer any long-term effects. However, as the Court is aware, Mr. Khusanov does have a history of asthma.

It is our understanding that, before the recent wave of infections, some guards at the MDC did not wear masks or did not wear them properly. We further understand that many inmates who have tested positive for COVID-19 have remained housed with those who have tested negative. Mr. Khusanov does not know how he contracted the virus but believes he may have infected his cellmate, who apparently tested negative in early December and later became ill.

We hope the Court will take an active interest in assuring that the conditions that precipitated the current outbreak, jeopardizing the well-being of both inmates and staff, are swiftly remedied so that others at the MDC are spared Mr. Khusanov's fate.

Respectfully submitted,

/s/

Deborah Colson
Richard Levitt
*Attorneys for Mr. Khusanov*

cc: AUSA Doug Pravda
    AUSA Matthew Haggans
    AUSA David Kessler
    AUSA Jonathan Algor