# Exhibit A

# BOP Certificates

# U.S. Department of Justice

## Federal Bureau of Prisons

### MDC Brooklyn Education Department

Presents this Certificate to

# Dilshod Khusanov

In recognition of your completion of instruction course

## Columbia University Contemporary Civilization

at
MDC Brooklyn

**December 19th, 2019**

**C. Bramble – Education Technician**

# U.S. Department of Justice

## Federal Bureau of Prisons

MDC Brooklyn Education Department

Presents this Certificate to

# Dilshod Khusanov

In recognition of your completion of instruction course

# Resume Writing & Social Media

at

MDC Brooklyn

**October 10th,  2019**

C. Bramble – Education Technician

Exhibit A, BOP Certificates, p.2



# COLUMBIA UNIVERSITY
## IN THE CITY OF NEW YORK

*This Certifies That*

# Dilshod Khusanov

*has successfully completed the Course of Study as prescribed by the*

*Justice-in-Education Initiative Scholars program and in testimony thereof is awarded this*

## Certificate of Completion
## for
## Critical Thinking Mini Course

8-28-19

*Completion Date*

*Course Instructor*

© 2018 Great Papers

Exhibit A, BOP Certificates, p.3



# MDC Brooklyn
# Recreation Department

This is to Certify that

### Dilshod Khusanov

Has Successfully Completed:

### Basic Fit Course

At MDC Brooklyn

This certificate is hereby issued this 10th day of December, 2018

*H. Vasquez*

Recreation Specialist



MDC Brooklyn
Recreation Department

*This is to Certify that*

## Dilshod Khusanov

*Has Successfully Completed:*

### Fitness Bootcamp

*At MDC Brooklyn*

*This certificate is hereby issued this 30th day of December 2018*

*H. Vasquez*

Recreation Specialist

# CERTIFICATE OF ACHIEVEMENT

This certifies that

## DILSHOD KHUSANOV

has successfully completed all of the requirements for graduation from

## The Focus Forward Project

and is hereby awarded this certificate of distinguished achievement

August 1, 2018

_Joel Putnam_
Joel Putnam
Interim Director

We appreciated your diligent participation in every exercise during the course, especially your thoughtful analysis of the book each week. You are a deep thinker and a hard worker, qualities that we know will serve you well in life after MDC. We could see that you are serious about planning for your future, yet you were always able to laugh and go with the flow, which can't be easy in a setting like this. It seems like you work hard to find a positive lesson in every challenge, both in your own life and when you're listening and responding to others' stories. We can see why you have such a strong relationship with your parents, and the rest of your family. Your kids are lucky to have such a wise dad!

Stay in touch with FFP | (347) 619-2080 | info@focusforwardproject.org | PO Box 2892 New York NY 10008

Exhibit A, BOP Certificates, p.7



*Certificate of Completion*

*Presented to*

*Dilshod Khusavov*

*Register # 52578-424*

*This certificate is an acknowledgement of the successful completion of the*

*Anger Management Group*

*Metropolitan Detention Center, Brooklyn, NY*

This certificate is hereby issued on February 7, 2020.

Steinhaus, Psy.D., M.S.

Staff Psychologist

© 1989 GOES P
All Rights Reserved

LITHO. IN U.S.A.

Exhibit A, BOP Certificates, p.8



CENTER FOR
JUSTICE
AT COLUMBIA UNIVERSITY

January 20, 2020

Letter to Certify that Dilshod Khusanov satisfied all requirements for Columbia University Core Curriculum course, Contemporary Civilization. This course was first taught at Columbia in 1919 to introduce students to a range of issues concerning the kinds of communities – political, social, moral, and religious – that human beings construct for themselves and the values that inform and define such communities. Khusanov's class debated questions of What is justice? How to define truth and human nature. The course is intended to prepare students to become active and informed citizens. Readings in this course are chosen because of their enduring importance and the demonstrated ability of the texts to provoke productive discussions.

Among the texts, Dilshod and his classmates discussed and debated this past semester were Plato's Republic, Aristotle's Politics, Machiavelli's The Prince along with Descartes, Hobbes, Locke, and Rousseau.

David Eisenbach, Ph.D., Adjunct Professor Columbia University History Department has given the following account of Dilshod Khusanov's performance in the course he taught at the MDC, Fall of 2019.

"Mr. Dilshod Khusanov was one of 14 students in the Contemporary Civilization class I taught at the Metropolitan Detention Center in Brooklyn during the Fall Semester of 2019. This course is offered by Columbia University as part of the Core Curriculum that every Columbia College student must take to graduate. Mr. Khusanov will get full Columbia credit."

Here is a brief description of the course from the official syllabus:

"In this course, we will read canonical works of philosophy, political thought, and cultural criticism. These texts address issues central to the history of modernity and the phenomenon known as "Western civilization," a concept we will explore and question. While we will consider questions of justice, equality, and political economy, above all this semester we will ask: What is freedom? What are its prerogatives and obligations? Is freedom possible? If so, can freedom be a universal condition? While we ask these questions, we will cultivate the skills of critical thinking: close reading, careful writing, and reasoned argument."

The syllabus described the course requirements as follows:

Course Requirements:
• Class Preparation, Participation, and Discussion – Assigned readings should be completed before class. Please come to class prepared to discuss what we have read. Everyone must contribute to the discussion, every class. You must take notes on what you read and bring them to class with you. In my opinion, the most important part of your Core experience is engaging your fellow students in discussions about the texts. Because this course cannot succeed without the

active contribution of all students to class discussions, I would like to see the active participation of every student in every class. Your participation grade will depend on both the quality and the consistency of your involvement. If for whatever reason you cannot or will not participate in class discussions, talk to me at the start of the semester and we will figure something out.
- Exams: There will be a midterm exam and a final exam.- If you miss an exam without a valid excuse you fail the course.
- Essays – This course requires that you write 2 essays, 1500 to 2000 words in length.

Eisenbach reported that the students at MDC Brooklyn did very well in this class, showing great enthusiasm in the subject matter along with diligence, open-mindedness, and determination to perform at the top as Columbia University students.

"Mr. Khusanov was an active participant and I am honored to speak about his fine performance. As an adjunct professor at Columbia for over fifteen years, I have very high standards. I expect students to be prepared for class and be active in classroom discussions. The students were expected to do the required reading every week and be prepared to participate actively participating in class discussions. Dilshod always helped lead the discussion and was almost always the first to offer his thoughts on everything from human nature to the scientific method. Dilshod was always an active, enthusiastic and cooperative participant in our discussions and was extremely respectful toward his fellow students."

Dilshod Khusanov wrote a solid midterm and regularly participated in class discussions. He came to class prepared and on top of all required readings, and was always keen to contribute his perspective on the topic at hand. His comments were generally quite thoughtful, and he often raised insightful questions or suggested interesting answers to questions raised by others. He participated in discussions that connected the history of past presidents with today's events.

Eisenbach reported that during classroom discussions Dilshod never felt uneasy and never gave the impression of being in any way impatient; on the contrary, he was considerate, engaging, and driven by a genuine sense of intellectual curiosity.

"It was a pleasure to have him in class, and I learned a great deal from his constructive presence. Overall, I would not hesitate to say that Mr. Dilshod Khusanov's performance met the high standards we have at Columbia University. This letter comes with my congratulations on his academic success, and with my best wishes for his future pursuits."

At the Center for Justice, Columbia University, we are pleased with the success of the Columbia Core Curriculum course taught at the MDC, fall 2019.

Sincerely,

Geraldine Downey

Geraldine Downey, Ph.D.
Robert Johnston Niven Professor of Humane Letters in Psychology
Director, Center for Justice

Exhibit A, BOP Certificates, p.10

**SENSITIVE BUT UNCLASSIFIED**

## Bureau of Prisons
## Psychology Services
## Group Participation

| | | | | |
|---|---|---|---|---|
| **Inmate Name:** | KHUSANOV, DILSHOD | | **Reg #:** | 52578-424 |
| **Date of Birth:** | 09/03/1985 | **Sex:** M | **Facilitator:** | (P)Steinhaus, G. Psy.D. |
| **Date:** | 01/30/2020 | **Group Facility:** BRO | **Group Title:** | [134] January/February 2020 Anger Management |

**Status:** Completed

**Enroll Date:** 01/30/2020    **End Date:** 02/20/2020

**Total Hours:** 14

## SESSION DATA:

**Number of Sessions:** 7    **First Session Date:** 01/30/2020    **Last Session Date:** 02/20/2020

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 02/20/2020 | Make-Up Session | 120 | Complete Session | Good | Not Apply |
| 02/07/2020 | Session 6 | 120 | Complete Session | Good | Satisfactory |
| 02/06/2020 | Session 5 | 120 | Complete Session | Good | Satisfactory |
| 02/05/2020 | Session 4 | 120 | Complete Session | Good | Satisfactory |
| 02/03/2020 | Session 3 | 120 | Complete Session | Good | Satisfactory |
| 01/31/2020 | Session 2 | 120 | Complete Session | Good | Satisfactory |
| 01/30/2020 | Session 1 | 120 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 100.0 % | Good | 100.0 % | Not Apply | 28.6 % |
| Incomplete Session | 0.0 % | Fair | 0.0 % | Satisfactory | 71.4 % |
| Excused | | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Not Apply | 0.0 % | | |
| Absent Excused | 0.0 % | | | | |
| Absent Not Excused | 0.0 % | | | | |

## COMMENTS:

| Date | Provider |
|---|---|
| 02/20/2020 | Steinhaus, G. Psy.D. |

02/20/2020- Mr. KHUSANOV voluntarily chose to attend a make-up session that was scheduled for other inmates. As such, he completed an additional session (two hours), beyond what was required to successfully complete this group.

Exhibit A, BOP Certificates, p.11