# Exhibit C

# Letters of Support

Hon. William F. Kuntz

United States District Judge Eastern District of New York 225 Cadman Plaza East

Brooklyn, New York, NY 11201

Dear Judge Kuntz:

    I have known Dilshod Khusanov as my husband and the father of my three children since 2013. We met through a mutual family friend who introduced us and from then on we hit it off and eventually got married and started a family. I stayed home and took care of our home while he was on the road as a truck driver working to support us. He was everything I could want in a husband and father, loyal, loving, caring, nurturing and more. Everyone who knows him only speaks highly of his character.

    Although he was a truck driver and had to be away from us for a week at a time, he always would give us 100% of his attention and time. Every time he came home, he would take us out somewhere special and give the kids a good time. We would go on family trips to Niagara falls, Disney world, go on walks in nature trails. Dilshod was not the stereotypical central Asian muslim man that people portray. He would wake up before me and prepare us breakfast, he would take the kids downstairs so I could get much needed sleep, he would cook me dinners and treated me with the upmost respect. What amazes me is we never got into a fight throughout our marriage, that speaks volumes to how his character was.

    In our religion, charity is a pillar of our faith. Dilshod wouldn't hesitate to give to someone in need. We have family members, neighbors in Uzbekistan who are less

Exhibit C, Letters of Support, p.1

fortunate and he would go out his way to send them money to help them out. He also donated to various charity organizations online whenever he got the opportunity to.

Since he was arrested, it has been very difficult for our family. My three kids and I are living with my parents, brother, his wife and her two kids in a three bedroom house. My three kids and I have one small bedroom to ourselves which we share. My second son ▇▇▇ has severe autism, he is six years old and cannot speak, use the restroom or do a lot of basic things on his own.

My kids do not know their father is in jail to this day, we tell them he lives in New York and is working because they are not at an age to understand why their father would be in jail. My youngest was only a few months old when Dilshod was arrested so he doesn't even know who his father is, he only hears his voice when he calls us. It breaks my heart when he asks us who his dad is and why he doesn't come home. My children in the end are the most affected in this case.

I sincerely hope the court takes this letter into consideration when sentencing. Despite his current circumstance, I believe Dilshod is a honorable individual is society, never backs away from someone in need, and a good person.


Sincerely

Aziza Erkinova


Exhibit C, Letters of Support, p.2

March 11, 2022

Hon. William F. Kuntz
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, NY 11201

Dear Judge Kuntz,

My name is Habibur Rahman Khan. I have served as an Imam (religious and community leader) at Islamic Foundation in Villa Park, Illinois for 23 years. Islamic Foundation is a respectable and one of the oldest Muslim centers in the Chicagoland area. I am currently a religious teacher at Masjid al Haqq in Lombard, Illinois.

I have known Mr. Dilshod Khusanov for about four to five years. At first, this was through his role as a congregant at the mosque. Over time, he would engage in conversations with me regarding Quran reading or religious questions pertaining to prayers, etc.

Dilshod, along with other members of his subcommunity, requested me to teach Quran to them. I offered my services without any obligation of payment. However, at the end of the month of Ramadan, Dilshod and his friends gifted me to show their appreciation.

Dilshod and his friends would also invite me to their barbeques and other family gatherings out of respect they felt towards me. I have attended some gatherings with Dilshod and others.

Since he was a regular attendee in the mosque, I have interacted with him regularly on and off for the time I had known him.

In my direct interactions with him, I found him to be someone who was respectful, kind, and warm. He gave me respect as a community leader and religious teacher. I have never found him to be aggressive in his words or demeanor. In our informal class, I found him to be helpful towards others and engaging in a socially responsible manner.

Throughout the time I had known him, I have never found anything concerning in Dilshod's character or demeanor. I never witnessed him present in a manner that was concerning or questionable.

Thank you for taking my opinion into consideration.

Warm Regards,

*Habibur R. Khan*
Habibur Rahman Khan

Exhibit C, Letters of Support, p.3

Hon. William F. Kuntz

[Dear Judge Kuntz]:

I, Khusanova Valida Ikramovna, was born in 1958 in Tashkent city. In 1984 I got married with Khusanov Tokhir Nabievich. Our marriage was based on love. Soon after, the fruits of our love started coming to this world. Khusanov Dilshod was our eldest child and he has two sisters - Sevara and Nargiza. My husbands' parents were living with us. They contributed a lot to the upbringing of our children. I studied at the Tashkent State University, at the faculty of philology. My husband graduated from Polytechnic college. We raised our children with pure [legal] provision [sources]. All three of them are college graduates.

Dilshod was keen on learning from the childhood. He would do his homework on time, getting always high [A] grades at school. I always would return from parents' meeting very happy, for his teachers would always praise [commend] him.
After school, he used to help me at home, especially he very much liked to bake buns with me in the kitchen.

Although he was young himself, he loved children a lot. Every day, after kindergarten, he would ask me to bring him a younger brother. [At times] He would be upset because all his friends had brothers except him. When my daughters were born, he was extremely happy. He would always entertain his sisters and protect them from other children. When his sisters went to school, he would help them to do their homework.

Dilshod loved [to play and spend time with] his cousins a lot. Especially he loved to play football [soccer] with his male-cousins.
Our neighbors [too] loved Dilshod a lot. They wanted their children to be like him - as kind, well-behaved and smart. Even two neighbors of ours named their [children] grandchildren after Dilshod, hoping that they would resemble him all around.

Dilshod loved [and had very tight relationship with] his grandparents. When his grandfather came down with cancer, he was taking care of him, staying all nights with him. They were very friendly with each other. His grandfather would take Dilshod to his passed parents' graveyard and he would help him to maintain its cleanness. His grandfather even showed Dilshod where he wanted to be buried when he died. It was a great loss for him when his grandfather passed away for he was extremely attached to him.

By nature, Dilshod was compassionate and soft-hearted boy. When he was at college, he and his college mates would buy some gifts from their stipend and donate them to children in orphanage. He would feel very sorry and sympathize with those children for they were [unfortunate] growing up without parents [love].
Dilshod had many friends [as well].

Upon graduating from college he started working at the Pediatric Institute as a translator [for Korean students]. The Korean students, he was working with, respected him so much. They even invited him to visit [them in] Korea, which he gladly accepted and spend a good time over there. Yet his biggest dream was to study in USA. He would always tell me "Mommy, for sure, I'll go and study in that great country" and have high ambitions.

Dilshod always would emphasize to his sisters the importance of education. He always thought that educated [women] would have educated and well-bred children. He paid his sisters' college tuition fees and [financially] supported them throughout their education. His sisters love him tremendously.

He reached his goal [and was accepted to an MBA in Troy University] and went to the US [to study]. He met his wife Aziza over there and got married there. They have three children. His wife is very good person as well.

When doctors diagnosed his elder son - ▮▮▮▮ with autism spectrum disorder, it broke our heart. But Dilshod accepted it as a test from God and stayed calm [and optimistic]. He strongly believed that we could beat the disease. He would work and spend lots of time with ▮▮▮▮. Now, ▮▮▮▮ is lacking father's love and attention. Yet we stay optimistic [of his soon release].

Dilshod is caring father, beloved husband and trustworthy friend. We all love Dilshod very much, miss him a lot and hope we will see him outside very soon. We continuously pray for him.

I trust my son a lot. I strongly believe that he will benefit many people. He used to help his needy relatives as well. I pray for his well-being all the time. His young children need him a lot right now. May God [save and] protect everybody from being separated from father.


Respectfully,

Khusanova Valida


Exhibit C, Letters of Support, p.5

Хурматли жаноб William F. Kuntz!

Мен, Хусанова Валюра Икрамовна 1958 йилда Тошкент шахрида туғилдим. 1984 йилда Хусанов Тохир Набиевичга турмушга чиқдим. Бирлар севишиб турмуш қурдик. Жуда чиройли хаёт кечирдик. Севгимиз мевалари бериш кетин дунёга келди. Хусанов Фаххор дир катта фарзандимиз, икки синглиси Фарзона ва Наргиза. Бирлар бахт эрталаб отаси ва онаси эдилар. Болажонлари тарбиясида ҳар он меҳнати қилиб буларди. Мен Тошкент давлат университетининг филология факультетида ўқиганман. Болса ралжсент отаси Политехникасини битирганлар. Биз болаларимизни халол меҳнатимиз билан боқиб катта қилдик. Учала фарзандимиз ҳам олий маълумотли. Фаххор ўғлимиз чўлжокатли гавжум келди кафриси. Мактабда

Exhibit C- Letters of Support, p 6

берилган уй вазифаларини доим вақтида бажарарди, аъло баҳоларга ўқиган. Синф мажлисларидан доим хурсанд бўлиб қайтарди, чунки ўқитувчилардан у ҳақида мақтов эшитарди. Мактабдан келиб менга уй ишларида ёрдам берарди. Айниқса ошхонада мен билан бирга бўлиб, пиширишни яхши кўрарди. Ўзи бу бола бўлса ҳам кичик болаларни жуда яхши кўрарди. Боғчадан келиб менга доим ука опкеб беришимни сўрар эди. Ниманга ҳамма ўртоқларини укаси бор, унга эса йўқ деб хафа бўларди. Қизларим ту- ғилганда росса хурсанд бўлган. Синглиларини доим ўйнатиб, бошқа болалардан ҳимоя қиларди. Қизларим мактаб ёшига етганда уларга дарсларини қилишда ёрдамлашарди. Диллдор опасининг болларини ҳам жуда яхши кўрарди. Айниқса уларга бола пайтлари билан

футбол ўйнашни яхши кўрарди. Ўртоқларинг хам Дилшодни жуда яхши кўришарди. Болалар унга ўхшаб меҳрибон, одобли, билимли бўлишсини хохлашарди. Ҳатто иккта ўғилининг невараларини исмини Дилшодга ўхшасин деб Дилшод деб отилади.

Дилшод бувава бувасини жуда яхши кўрарди. Бувасини ҳам касали бўлиб қолганларида учар билан бир хонада ухларди, кечалари бувасига қараб ўтирарди. Учар жуда инож бўлишган. Бувасининг ота оналаринингини қабрларига кўп оборарлар. Дилшод бувасига қабрларни тозалашда, панжараларини бўяшда ёрдам берган. Ҳатто бувасы унга вафот этганларидан кейин қабрга дафн қилишшуларини кўрсатиб қўйган жойлар. Бувасининг вафот отган ларидан жуда қайғирди.

Дилшод табиатан кўнгли рахимли, толесиз бола эди. Институтда ўқиб юрганда хам ўртоклари билан болалар уйидаги болаларга стипендиясидан йиғиб, байрамларда совғалар олиб борарди. Уларни ота-онасиз ўсишаётганини кўриб уларга жуда ачинарди.

Дилшоднинг дўстлари хам кўп эди. Институтни тамомлаб Тошкент педиатрия институтига кориец студентларга дарсларни инглиз тилига таржима қилиб беришга ишга кирди. Кореис студентлар хам уни жуда хурмат қилишгарди, хатто Корея давлатига саёхатга таклиф қилишди. Корелга саёхатга бориб келди. Лекин унинг энг катта орзуси АҚШ да ўқиш эди. У ерга бориш учун албатта бу буюк давлатга бориб ўкишлиган деб орзу қиларди.

...

албатта институтда ўқишларини ке-
раклигини уқтирарди. Ўзини
фикрича билимли аёлни
фарзандлари тарбияси яхши
бўлади дерди. Синглларини
олий ўқга ўқитди. Уларни ҳар
томонлама таъминлаб турди.
Сингиллари ҳам академияни
жуда яхши юғрисдади.
Дилшод орзусига етиб Америкага
борди. У ерда рафиқаси билан
Азизани учратиб турмуш қурди.
Уч нафар фарзандлари бор. Рафи-
қаси ҳам жуда яхши аёл.
Катта ўғли Зубайрини аутист
эканлигини врачлар аниқлаш-
ганда, биз жуда тушкунликка
тушдик. Ўзатгина Дилшод ўзини
синов деб қабул қилди. Биз албатта
бу касалликни енгамиз деб ишонди.
Зубайр билан алоҳида шуғулланди.
Ҳозир ҳам Зубайрга ота меҳри
меҳрибонлиги билан умидимиз
Дилшод ўғлимсан да.

5

меҳрибон ота, суюкли умр ўғлимиз.
Дўстлари орасида ҳам суянса
оладиган ўртоқ.

Биз Джамшидни жуда яхши
кўрамиз, соғинамиз, тез орада
дийдор кўришишларимизга умиди-
миз бор. Доимо дуодамиз. Мен
унга жуда ишонаман.
Қалби кўп одамларга кўп
ёрдам тегишига ишонаман.
Қариндошлар орасида муҳтож-
ларга ҳам кўп ёрдам беради.
Яратгандан унга соғлиқ сўраб,
доимо у ҳақида дуодамиз.
У ҳозир айниқса ўзак фарзанд-
ларига жуда керак. Отасизлик
ҳеч кимни бошига тушмасин.

Ҳурмат билан: Хужанов Валижон

**THE FOCUS FORWARD PROJECT, INC.**

P.O. Box 2892, Church St. Station, New York, NY 10008-2892 | Tel: (347) 619-2080 | info@focusforwardproject.org

Joel Putnam
*Interim Director*

BOARD OF DIRECTORS

Hon. Barbara S. Jones
*Chairperson*

Justice Alice Keitha Cho

Alexandra Kniz

Fiona Doherty

Deirdre van Dornum

Jose Maldonado

Amy Finzi

Anne Patterson Finn

November 9, 2018

Hon. William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY 11201

Dear Judge Kintz,

We, Elyse Frenchman and Kayla Jenkins, write in support of Dilshod Khusanov, who is a graduate of The Focus Forward Project. The Focus Forward Project is a nonprofit organization dedicated to providing an educational curriculum focused on reentry for federal pretrial inmates and those under pretrial supervision. The 12-week course is designed to provide both an intellectual and emotional outlet for students as they navigate the stress and uncertainty of the pretrial phase of their federal cases. The class meets once a week for two hours, and participants complete weekly reading, journal, and other homework assignments. The first half of each class is spent discussing and connecting with themes in the memoir, *A Long Way Gone*, by Ishmael Beah, who was a boy soldier in the Sierra Leone civil war, while the second half of each class focuses on life skills, highlighting a different skill each week. By the end of the course, participants will have gained a variety of transferable skills and tools, including, but not limited to: a completed resume, interview skills, conflict resolution skills, public speaking skills, and the setting of both short and long-term goals. The mission of The Focus Forward Project is to provide participants with the confidence and practical tools to successfully move forward with their lives.

Dilshod was one of the most participatory and engaged members of the class. He had perfect attendance, showing up to every class on time with all assignments thoughtfully completed. He worked hard to learn as much as he could from the class, and this dedication inspired the other participants to work hard and be present.

Dilshod has a strong drive to better himself and to learn. During discussions about *A Long Way Gone*, we could always tell that he had carefully read the text and tried to apply the lessons to his own life. He

Exhibit C, Letters of Support, p.12

empathized with Ishmael and the other soldiers in the book, and often picked up on silver linings at moments in the story where his classmates could only focus on Ishmael's pain. During a public speaking exercise, Dilshod described an incident in his adolescence where he let himself down by not excelling on an important academic test, even though he had worked hard to prepare for it. He thought his parents would be disappointed, but their reaction was only positive when they emphasized their pride in the fact that he had tried his best.

During one class, each participant wrote long term goals and made plans for how to achieve them. One of Dilshod's goals is to have his kids say, "Daddy is back home!," and to be able to provide the best possible education for his children. Like his own supportive parents, he loves his family and understands that everything he does affects his children. Especially with the support of his strong family bonds, we think Dilshod's motivation and adaptability would make him an excellent employee in any company. Before he was incarcerated, Dilshod held a number of jobs that require intense responsibility and focus, including being a translator for a pediatric institute and founding his own trucking company.

In a confidence building exercise, Dilshod's peers described him as thoughtful, positive, always willing to give, compassionate, and considerate. We wholeheartedly agree with each of these descriptors. Dilshod wears his heart on his sleeve and his compassion his real. During the graduation ceremony for the class, we read small speeches about each of the participants. After reading Dilshod's, he was tearing up and smiling. He is not afraid to be and show himself, a rare and admirable quality. We were inspired by Dilshod's determination to do the best he can while incarcerated, and we both can envision Dilshod's positive contributions to society when he is no longer behind bars.

Your Honor, our intent is to provide you with our experience with Dilshod Khusanov. We appreciate the time Your Honor has taken to read our letter. If you have any questions, please feel free to contact us directly at the numbers listed below.

Sincerely,

Elyse Frenchman
Focus Forward Project
Class Facilitator
781-507-5283

Kayla Jenkins
Focus Forward Project
Class Facilitator
704-661-3650

Exhibit C, Letters of Support, p.13